UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                                                  Bankr. Case No. 09-22875-MAJ

Erica J Williams                                       Chapter 7

     Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc.
        PO Box 183853
        Arlington, TX  76096

        AmeriCredit Financial Services, Inc.

By  /s/  Alice Whitten_____

        Alice Whitten
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@americredit.com
        Bar ID: 00793029 TX

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on June 17, 2009 :

| | |
|---|---|
| Jacob Chang<br>3550 Wilshire Blvd<br>#860<br>Los Angeles, CA  90010 | Robert Whitmore<br>3600 Lime Street, Ste. 611<br>Riverside, CA  92501 |

By /s/  Alice Whitten_____
    Alice Whitten

xxxxx28474 / 543116